No. 79-5590. MAYFIELD *v.* MOHN, PENITENTIARY SUPERINTENDENT. Sup. Ct. App. W. Va. Certiorari denied.

No. 79-5613. HOUGH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79-5614. JACOBS *v.* SMITH, SUPERINTENDENT, MARYLAND STATE POLICE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 79-5619. MOREL *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79-5623. McCLANAHAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79-5625. BROWN *v.* NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 79-5629. ALCORTA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79-5641. ENRIQUEZ-SANCHEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 79-5642. HATCHER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied.

No. 79-5647. LAWRENCE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 79-5650. FRAZIER *v.* LANE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 79-5652. BELVIN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 79-5655. FLORES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.